## UNITED SETATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JUDY MONTONI,**<br>**individually and on behalf of all others**<br>**similarly situated,**<br>**Plaintiff**<br><br>**v.**<br><br><br>**COHEN & ASSOCIATES, P.C., and**<br>**JEREMY M. COHEN,**<br>**Defendants** | )<br>)<br>)<br>)<br>)<br>)  **Civil No. 14-12281-MBB**<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff hereby dismisses this action with prejudice.

JUDY MONTONI, Plaintiff, by:

*/s/Kenneth D. Quat*
BBO #408640
QUAT LAW OFFICES
678 Massachusetts Avenue, Suite 702
Cambridge MA 02139
(617) 492-0522
kquat@quatlaw.com